| | | |
|---|---|---|
| BRIAN O'DWYER<br>GARY SILVERMAN<br>CHRISTOPHER DOWNES*<br>VICTOR GRECO<br>CODY K. McCONE<br>GARY P. ROTHMAN*<br><br>STEVEN ARIPOTCH<br>J. P. DELANEY<br>DAVID H. SCHULTZ**<br>RAÚL GARCÍA<br>ROBERT DUNNE<br>JASON S. FUIMAN*<br>M. GLADYS T. ORANGA<br>ANDREW R. GRABOIS<br>NICHOLAS S. HANLON<br>HELEN WROBEL | **O'DWYER & BERNSTIEN, LLP**<br>ATTORNEYS AT LAW<br>PAUL O'DWYER WAY<br>52 DUANE STREET<br>NEW YORK, N.Y. 10007<br>(212) 571-7100<br>(516) 248-4224<br>FAX (212) 571-7124 | PAUL O'DWYER (1907-1998)<br>OSCAR BERNSTIEN (1885-1974)<br>FRANK DURKAN (1930-2006)<br><br>OF COUNSEL:<br>THOMAS J. HUGHES, JR.<br>ANNE M. PAXTON<br>MICHAEL CARROLL<br>CRAIG R. NUSSBAUM**<br><br>* ALSO ADMITTED IN NJ<br>** ALSO ADMITTED IN CT<br>* ALSO ADMITTED IN PA & NJ<br><br>Writer's Direct Dial |

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 1/23/08

January 23, 2008

**By Fax: 212-805-6326**
Honorable Colleen McMahon
United States District Court
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED** [handwritten: postponed to end of Feb 2/29/08 @ 11:15]

Re: New York City District Council of Carpenters Pension Fund, et al. v.
C & M Interiors, Inc.
**07 CV 9644 (CM)**

Dear Judge McMahon:

We represent plaintiffs in the above referenced matter. I am writing to request an adjournment of the initial pre-trial conference scheduled for Friday, January 25, 2008 at 11:30 a.m. Defendant has not interposed an answer. Plaintiff's prepared a Notice of Motion to Confirm the Arbitration Award on January 14, 2008 with a return date of February 27, 2008, and sent it for service through the Department of State on the same date. Plaintiffs are prepared to file this Motion on ECF as soon as an Affidavit of Service is returned to this office. No previous requests for an adjournment have been made.

Thank you in advance for your assistance in this matter.

Respectfully yours,

O'DWYER & BERNSTIEN, LLP

ANDREW GRABOIS

[Handwritten endorsement: You do not set return dates. You file motions, your opponent has 2 weeks to respond and you have 1 week to reply. Your motion will be decided, orally, at the pre-trial conference. McMahon 1/23/08]