UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS WELFARE
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS VACATION FUND, NEW YORK CITY         07 CV 9644 (CM)
DISTRICT COUNCIL OF CARPENTERS ANNUITY          ECF CASE
FUND, NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS APPRENTICESHIP, JOURNEYMAN        **NOTICE OF MOTION**
RETRAINING, EDUCATIONAL AND INDUSTRY
FUND, NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS CHARITY FUND, and THE NEW YORK
CITY AND VICINITY CARPENTERS LABOR-
MANAGEMENT COOPERATION FUND,
by MICHAEL J. FORDE and PAUL O'BRIEN,
as TRUSTEES,

                                  Plaintiffs,
           -against-

C & M INTERIORS INC.,

                                  Defendant.
------------------------------------------------------------------X
C O U N S E L :

     PLEASE TAKE NOTICE, that upon the annexed affidavit of Andrew Grabois, Esq. sworn to on January 14, 2008, the stipulated facts and exhibits annexed thereto, and upon all pleadings and proceedings heretofore and herein, the undersigned, on behalf of the plaintiffs, will move this Court before the Honorable Colleen McMahon, United States District Court Judge at the United States Courthouse, Southern District of New York, located at 500 Pearl Street, Courtroom 21-B, New York, New York 10007, on February 27, 2008, for an Order granting plaintiffs' motion for default judgment, and for such other and further relief as the Court deems proper and just.

     The attached legal papers are being served on you because you have failed to appear in a lawsuit brought against you. If you do not enter an appearance in the lawsuit on or before February 27, 2008, the Court will enter a default judgment against you. If you are a corporation, you can only appear through an attorney. If you are an individual, you may appear

by an attorney or pro se. In either event, you must take some action or a judgment will be entered against you. Entry of a judgment may result in a levy against your property.

Dated: New York, New York
      January 14, 2008

                              Yours, etc.,
                              O'DWYER & BERNSTIEN, LLP

By: _____
     ANDREW GRABOIS, ESQ.
     Attorney for Plaintiffs
     52 Duane Street, 5th Floor
     New York, New York 10007
     (212) 571-7100

TO:   C & M Interiors Inc.
       157 Walsh Road
       Yonkers, NY 10701

2