UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
THE NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS PENSION FUND, NEW
YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
VACATION FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS
ANNUITY FUND, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS APPRENTICESHIP,
JOURNEYMAN RETRAINING, EDUCATIONAL
AND INDUSTRY FUND, NEW YORK CITY
DISTRICT COUNCIL OF CARPENTERS CHARITY
FUND, and THE NEW YORK CITY AND VICINITY
CARPENTERS LABOR MANAGEMENT
COOPERATION FUND, by MICHAEL J. FORDE
and PAUL O'BRIEN, as TRUSTEES,

07 CV 9644 (CM)
ECF CASE

**DEFAULT JUDGMENT**

                                          Plaintiffs,

               -against-

C & M INTERIORS INC.,

                                          Defendant.
------------------------------------------------------------------------X

This action having been commenced on October 30, 2007 by the filing of a Summons and

Complaint, and a copy of the Summons and Complaint having been served on the defendant C & M

Interiors Inc. on November 8, 2007 by delivering two (2) true copies of the same to the Secretary of

the State of New York, pursuant to Section 306(b) of New York Business Corporation Law, and a

proof of service having been filed on November 16, 2007 and the defendant not having answered the

Complaint, and the time for answering the Complaint having expired, and the Clerk of the Court

having issued its certificate of default on January 14, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the Plaintiffs have judgment against

Defendant, pursuant to the arbitration award, in the principal amount of $169,578.41 plus interest of

ten percent (10%) per annum from the date of said award, September 29, 2007, through the date of

entry of this judgment, totaling _____, in addition to attorneys' fees and costs in the

amount of $1,412.50 for a total of _____.


Dated: _____
      New York, New York


                               _____

                               Honorable Colleen McMahon
                               United States District Judge

                               This document was entered on the docket
                               on _____.