## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 cv 9644                                                                                   Purchased/Filed:

STATE OF NEW YORK           SUPREME COURT           NEW YORK COUNTY

---

*The New York City District Council of Carpenters Pension Fund, et al*          Plaintiff

against

*C&M Interiors Inc.*          Defendant

---

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____January 22, 2008_____, at __2:00pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Notice of Motion, Affidavit of Counsel In Support of Default Judgment with Exhibits

on

_____C&M Interiors Inc._____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__
Color of skin: __White__   Hair color: __Brown__   Sex: __M__   Other: _____

Sworn to before me on this

__24th__ day of _____January, 2008_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0800585

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**